**Mary M. Clark**, an Infant, by **Mary K. Clark**, Her Guardian ad Litem, Plaintiff, v. **George De Rue** et al., Defendants..— Appeal dismissed, without costs upon stipulation.

**John W. Clark**, Appellant, v. **George De Rue** et al., Defendants.— Appeal dismissed, without costs upon stipulation.

**Myrtle Benton**, Respondent, v. **Frederick Benton**, Appellant.— Motion granted and appeal dismissed, without costs.

**David Maydole Tool Corp.** et al., Appellants, v. **Raymond M. Hanyan Co., Inc.**, et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

**Elmer G. Duquin** et al., Appellants, v. **Wright McCormick**, Defendant, and **Anthony Perdicas**, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

**George Barnes**, Appellant, v. **Walter E. Walser**, Respondent. **George Barnes**, Appellant, v. **Fred Ware**, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

**Solomon Tubbs**, Respondent, v. **John L. Boni**, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

**The People of the State of New York**, Respondent, v. **Columbus Green**, Appellant.— Motion granted and appeal dismissed.

**The People of the State of New York**, Respondent, v. **William Morgan, Jr.**, Appellant.— Motion granted and appeal dismissed.

**The People of the State of New York**, Respondent, v. **Abraham Prince**, Appellant.— Motion granted and appeal dismissed.

**The People of the State of New York**, Respondent, v. **William Stone**, Appellant.—Motion granted and appeal dismissed.

**Ann M. Niemiec**, Plaintiff, v. **Barth A. Niemiec**, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

In the Matter of **Howard F. Maurer**, Respondent, against **City of North Tonawanda** et al., Appellants.— Motion to dismiss appeal for failure to prosecute granted, with $10 motion costs.

**Hazel E. Fraser**, Respondent, v. **Donald S. Fraser**, Appellant.— Motion for a stay denied.

**Harry J. Joyner**, Appellant, v. **Marie M. Cranston** et al., Respondents. — Motion to hear motion to dismiss granted, and upon hearing, motion to dismiss granted, without costs.

**Rose Camiola**, Appellant, v. **Windsor D. Ireland**, Respondent.— Motion to dismiss appeal granted, without costs, on the ground that the judgment appealed from has been satisfied.

In the Matter of **Lafayette Kennedy**, Appellant, against **Seneca Nation of Indians**, Respondent.— Motion for a stay denied.

## Second Department, August, 1956
### (August 9, 1956)

**Christopher J. Gorman** et al., Appellants, v. **James L. Dixon**, Individually and as Chairman of the Democratic County Committee of Queens County, et al., Respondents.— Motion to add appeal to calendar for Wednesday, August 22, 1956 granted, and appeal order to be placed on the calendar for that day. The appeal may be prosecuted on the original papers and on typewritten briefs of appellants and respondents. Appellants and respondents are directed to file five typewritten copies of their respective briefs and to serve one copy thereof on the adverse party. The typewritten briefs shall be

double spaced and each page shall contain not more than three folios. The papers on appeal and appellants' brief are to be filed on or before August 14, 1956; respondents' brief is to be filed on or before August 20, 1956. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.